IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RES-GA COBBLESTONE, LLC and<br>RES-GA MILLS COVE, LLC,<br><br>    Plaintiffs,<br>v.<br><br>BLAKE CONSTRUCTION AND<br>DEVELOPMENT, LLC et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 1:10-cv-3547-TCB |

### ORDER

On December 2, 2010, the Court ordered Defendant Grady Roberts to "(1) pay a $2,000 fine into the registry of the Court within ten days of the date of this Order and (2) disgorge any and all fees and expenses received from any party with respect to his representation of Defendants in connection with the two removals and the recently filed federal action. Within ten days, Roberts shall file an affidavit attesting to the amount of such fees and expenses and indicating when and to whom payment has been remitted."

On December 14, Roberts filed a "Disclosure of Compensation of Attorney for Defendants" in which he states that neither he nor his law firm "received any compensation for services rendered in connection with the federal removal of this action." This statement fails to comply with the Court's December 2 order, as two notices of removal were filed as well as a federal complaint; Roberts's statement fails to distinguish between the removals or to address each in turn. The Court ORDERS Roberts to file, on or before December 30, 2010, an affidavit that complies with the December 2 order and to disgorge, on or before December 30, 2010, all compensation received by him or his law firm from any party with respect to his representation of Defendants in connection with the two removals and the recently filed federal action.

In addition, Roberts has failed to pay the $2,000 fine imposed by the December 2 order.

If Roberts fails to timely comply in full with the December 2 order by December 30, 2010, a hearing will be held on Friday, January 7, 2011, at 10:00 a.m. in Courtroom 1708 for Roberts to show cause why the Court should not hold him in contempt. The Clerk is DIRECTED to send copies

of this order to Chief Judge Julie E. Carnes, Judge Willis B. Hunt, and the State Bar of Georgia.

IT IS SO ORDERED this 17th day of December, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge