IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RES-GA COBBLESTONE, LLC and RES-GA MILLS COVE, LLC, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE<br>) |
| v. | ) NUMBER 1:10-cv-3547-TCB<br>) |
| BLAKE CONSTRUCTION AND DEVELOPMENT, LLC et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

On December 2, 2010, the Court ordered Defendant Grady Roberts and his law firm "to pay Plaintiffs' counsel $15,320.01 within ten days of the date of this Order." On December 20, Plaintiffs filed a motion for contempt [17], which alleges that Roberts and his law firm have failed to comply with the December 2 order and requests that the Court hold Roberts and his firm in contempt as a result of the failure to comply. Roberts is DIRECTED to file a brief in opposition to Plaintiffs' motion on or before January 5, 2011. A hearing will be held on Friday, January 7, 2011, at 10:00 a.m. in

Courtroom 1708 for Roberts to show cause why Plaintiffs' motion should not be granted. The Clerk is DIRECTED to send copies of this order to Chief Judge Julie E. Carnes and Judge Willis B. Hunt.

IT IS SO ORDERED this 21st day of December, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge