# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cv-03547-TCB
## RES-GA Cobblestone, LLC et al v. Blake Construction and Development, LLC et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 01/07/2011.

TIME COURT COMMENCED: 10:25 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:05

COURT REPORTER: Elise Smith-Evans
DEPUTY CLERK: Velma Shanks

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Nathan Garroway representing RES-GA Cobblestone, LLC<br>Kathleen Lentz representing RES-GA Cobblestone, LLC |
| PROCEEDING CATEGORY: | Contempt Hearing; |
| MOTIONS RULED ON: | [17]Motion for Contempt GRANTED |
| MINUTE TEXT: | Grady Roberts did not appear. Plaintiffs' counsel will prepare a proposed order for the Court's signature. |