IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RES-GA COBBLESTONE, LLC and ) <br> RES-GA MILLS COVE, LLC, ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> BLAKE CONSTRUCTION AND ) <br> DEVELOPMENT, LLC et al., ) <br>  ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> NUMBER 1:10-cv-3547-TCB |

## WARRANT FOR THE ARREST OF GRADY ROBERTS

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this Court **GRADY ROBERTS**, a party to and attorney in the above civil action who is in contempt of this Court's orders.

**YOU ARE FURTHER COMMANDED** to detain Mr. Roberts until this Court orders discharge from custody.

Date and time issued: May 16, 5:05 p.m.

_____          _____
Julee G. Smilley                                          Timothy C. Batten, Sr.
Deputy Clerk                                              United States District Judge

## **RETURN**

This warrant was received on (*date*) _____ and the person was arrested on (*date*) _____ at (*city and state*) _____.

Date: _____

_____
Arresting Officer's Signature

_____
Printed Name and Title