FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 16 2011

By: _____ JAMES N. HATTEN, Clerk
              Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RES-GA COBBLESTONE, LLC and RES-GA MILLS COVE, LLC, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE ) |
| v. | ) NUMBER 1:10-cv-3547-TCB ) |
| BLAKE CONSTRUCTION AND DEVELOPMENT, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On May 16, 2011, the Court issued an order [73] finding Roberts and his law firm, Roberts Law, LLC, in contempt. In the order, the Court stated that it would require Roberts and Roberts Lay to pay Plaintiffs' counsel "the attorneys' fees earned and costs expended for the deposition, financial discovery, and two briefs regarding Roberts and Roberts Law's alleged inability to pay."

On May 26, Plaintiffs' counsel, Nathan Garroway, filed a declaration and supporting documentation showing that Plaintiffs incurred $31,316.50

in attorneys' fees and $2,630.07 in costs in connection with Roberts's deposition, financial discovery, and the briefs related to Roberts and Roberts Law's alleged inability to pay.

Neither Roberts nor Roberts Law has objected to Garroway's declaration.

Accordingly, the Court AWARDS Plaintiffs additional attorneys' fees in the amount of $31,316.50 and additional costs in the amount of $2,630.07. As of the date of this order, Roberts and Roberts Law owe the following sums:

- $2,000 fine payable to the Court's registry;

- $55,571.76 in attorneys' fees and costs payable to Plaintiffs' counsel; and

- $57,000 fine accrued as a result of the $250 daily fine imposed on each and payable to the Court's registry.

IT IS SO ORDERED this 16th day of June, 2011.

Timothy C. Batten, Sr.
United States District Judge